# ATTACHMENT 1

FILED/REC'D

# COMPLAINT FORM 2024 SEP 16 P 3: 59

(for non-prisoner filers without lawyers) CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## IN THE UNITED STATES DISTRICT COURT

FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

---

(Full name of plaintiff(s))

Randin Divelbiss

_____

_____

vs

(Full name of defendant(s))

OFFICER JOEL DE SPAIN

LA PORTA

Case Number:

**24   CV   650   JDP**

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at

(State)

__see attached__

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

OFFICERS DE SPAIN
LAPORTA

2.    Defendant ___Madison Police_____

(Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:    OFFICER
1.    Who violated your rights;    → LAPORTA, (made the arrest)
2.    What each defendant did;    JOEL DE SPAIN   and Filed
3.    When they did it;    "media
4.    Where it happened; and    representative" criminal
5.    Why they did it, if you know.    complaint)

May 2020 madison

~~see typed attachment~~

Due to the publication of pictures of my car, several citizens of madison) angrily 'mobbed' it throughght the months following de spains release of the photos of it on the internet. I am also requesting a sum of $5,000 to repair damage done to it in this respect.

Attachment One (Complaint) – 2

C.    JURISDICTION

 I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

 I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 20,000 .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

DE T-AMATION oF charatcer Slander

$15,000 V.S. dollars in relief be spain posted shit all over iNterNet exhibits 1-3 #

PTSD aNd sozial ANx.

E.   JURY DEMAND

☐   Jury Demand - I want a jury to hear my case
                          OR
☒   Court Trial – I want a judge to hear my case

Dated this ___3rd___ day of ___September___ 20_____ 24

Respectfully Submitted,

_____
Signature of Plaintiff

__213 - 635 - 7813__
Plaintiff's Telephone Number

__vishnuiidivelbissen@gmail.com__
Plaintiff's Email Address

__1132 S, burlington ave,__
__L.A., CA,      90006__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.